UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

ARDITH LINDSEY,

                Plaintiff,

    - against -

CITIGROUP GLOBAL MARKETS, INC.,

                Defendant.

------------------------------------------------X

No. 1:23-cv-10166 (ALC)

STIPULATION TO AMEND COMPLAINT AND TO EXTEND DEFENDANT'S TIME TO RESPOND

        WHEREAS, defendant Citigroup Global Markets, Inc. ("defendant") has a deadline of April 12, 2024 to answer, move, or otherwise respond to the Complaint (see Dkt. 9); and

        WHEREAS, plaintiff Ardith Lindsey ("plaintiff") has informed defendant that she intends to amend her complaint;

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein that:

        1.    Defendant's deadline to answer, move, or otherwise respond to the Complaint (Dkt. 1) is stayed pending plaintiff filing an amended complaint;

        2.    Plaintiff will file an amended complaint on or before April 22, 2024; and

        3.    Defendant will answer, move or otherwise respond to the amended complaint on or before May 31, 2024.

Dated: New York, New York
       April 4, 2024

| VLADECK, RASKIN & CLARK, P.C. | PROSKAUER ROSE LLP |
|---|---|
| By: ___/s/___<br>Jeremiah Iadevaia<br>Attorneys for Plaintiff<br>111 Broadway, Suite 1505<br>New York, New York 10006<br>(212) 403-7300 | By: ___/s/ Joseph Baumgarten___<br>Joseph Baumgarten<br>Attorneys for Defendant<br>11 Times Square<br>New York, New York 10036<br>(212)-969-3002 |

SO ORDERED: /s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: April 5, 2024
      New York, NY