UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

**ARDITH LINDSEY,**

                              **Plaintiffs,**

       -against-

**CITIGROUP GLOBAL MARKETS, INC.,**      **1:23-cv-10166 (ALC)**

                              **Defendant.**      **ORDER**

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

On May 31, 2024, Defendant Citigroup Global Markets Inc. filed a letter motion requesting a pre-motion conference regarding an anticipated motion to dismiss. ECF No. 15. On June 5, 2024, Plaintiff filed their response in opposition arguing that Defendant's proposed motion to dismiss is baseless. ECF No. 16. Defendant's request for a pre-motion conference is DENIED and the Court sets the following briefing schedule:

    Defendant's Motion to Dismiss:                October 21, 2024

    Plaintiff's Opposition:                           November 11, 2024

    Defendant's Reply:                               November 18, 2024

**SO ORDERED.**

**Dated:   September 27, 2024**

            **New York, New York**

_____
   **ANDREW L. CARTER, JR.**
   **United States District Judge**