PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

BEIJING
HONG KONG
LONDON
LOS ANGELES
SAN FRANCISCO

TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

DIRECT DIAL: (212) 373-3553
EMAIL: LVELAZQUEZ@PAULWEISS.COM

December 6, 2024

**BY ELECTRONIC FILING AND EMAIL**

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 435
New York, NY 10007

    Re:    *Lindsey* v. *Citigroup Global Markets Inc.*, No. 1:23-cv-10166 (S.D.N.Y.)
              Notice of Supplemental Authority

Dear Judge Carter:

       We represent Defendant Citigroup Global Markets Inc. ("Citi") in the above captioned matter. We submit this letter to respectfully bring the to Court's attention a recent and directly relevant supplemental authority in support of Citi's pending Partial Motion to Dismiss the Amended Complaint (ECF No. 19).

       Yesterday, in *Doe* v. *Combs, et al.*, 1:23:cv-10628 (JGLC) (S.D.N.Y.) (Ex. 1), Judge Clarke held the GMVPL[1] could not be used to hold a corporate defendant liable for an alleged assault that took place in 2003, Ex. 1 at 2, because "the presumption against retroactive application [of the GMVPL] has not been overcome[.]" *Id.* at 1 (cleaned up). Judge Clarke reasoned that while the "2022 [Amendment] created a substantive change by expanding the scope of liability . . . Plaintiff's claims against the Corporate Defendants—which are based on events prior to 2022— would therefore require retroactive application." *Id.* at 4-5. Judge Clarke then found that there was no clear legislative intent to apply the 2022 Amendment retroactively. *Id.* at 6. Of note, the court held the City Council's direction that the 2022 Amendment take effect immediately, and a statement in the bill summary the amendment would "clarify" the original GMVPL, did not provide sufficient evidence of intent to allow for retroactive application of the 2022 Amendment. *Id.* at 6-7.

       Citi respectfully submits Judge Clarke's decision to the Court in further support of its Motion to Partially Dismiss the Amended Complaint.

---

[1] Capitalized terms used but not defined herein are used as defined in ECF No. 20, Defendant Citi's Memorandum of Law in Support of Its Partial Motion to Dismiss the Amended Complaint.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

        Respectfully submitted,

        */s/ Liza Velazquez*
        Susanna Buergel
        Liza Velazquez
        1285 Avenue of the Americas
        New York, New York 10019-6064
        (212) 373-3000
        sbuergel@paulweiss.com
        lvelazquez@paulweiss.com

        Lina Dagnew
        2001 K Street NW
        Washington, DC 20006
        202-223-7300
        ldagnew@paulweiss.com

        *Counsel to Defendant Citigroup Global Markets Inc.*

cc: Counsel of Record (by electronic filing)