UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARDITH LINDSEY,<br><br>      Plaintiff,<br><br>-against-<br><br>CITIGROUP GLOBAL MARKETS, INC.,<br><br>      Defendant. | 1:23-cv-10166 (ALC)<br><br>**<u>ORDER OF REFERENCE</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

The above-captioned action is referred to Magistrate Judge Sarah Netburn for the following purpose:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute<br>_____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose:<br>_____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br>_____ | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: _____ |

**SO ORDERED.**

Dated: **June 27, 2025**
    **New York, New York**

                 _/s/ Andrew L. Carter, Jr._
                 **ANDREW L. CARTER, JR.**
                 **United States District Judge**