**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ARDITH LINDSEY,

                            **Plaintiff,**

            **-against-**

CITIGROUP GLOBAL MARKETS INC.,

                          **Defendant.**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 7/18/2025 __

**23-CV-10166 (ALC)(SN)**

**CIVIL CASE MANAGEMENT**
**PLAN & SCHEDULING**
**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On July 17, 2025, the parties appeared for an Initial Pretrial Conference. After review of the parties' joint submission, the following scheduling order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Proposed ESI Protocol**. The parties shall file a joint proposed Electronically Stored Information ("ESI") Protocol by September 5, 2025. If the parties disagree about the Protocol, each party shall submit its proposed protocol and a three-page letter describing the disputes.

**Discovery**. All fact discovery shall be completed by Friday, April 17, 2026. Disclosure of expert evidence as required by Rule 26(a)(2)(A), (B) or (C), including the identities and reports of experts, if any, shall be made by Monday, May 18, 2026. The disclosure of expert evidence intended by a party solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made by Wednesday, June 17, 2026. All expert discovery shall be completed by Friday, July 17, 2026. These deadlines will not be extended.

**Status Letter**. A joint letter informing the Court about the status of discovery shall be filed with the Court by Monday, September 15, 2025. The letter should address any outstanding discovery disputes.

**Settlement Conference**. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. Accordingly, the parties are encouraged to contact Courtroom Deputy Diljah Shaw, diljah_shaw@nysd.uscourts.gov, with three mutually convenient dates to schedule a settlement conference for a time when they believe it would be productive.

**Summary Judgment Motion**. Any party that wishes to file a motion for summary judgment shall file a pre-motion letter with the Hon. Andrew L. Carter, Jr. by Monday, August 3, 2026.

**Trial**. The parties request a jury trial.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      July 18, 2025
            New York, New York