

Jeremiah Iadevaia
212-403-7323 (o)
347-880-2673 (m)
jiadevaia@vladeck.com

September 15, 2025

**VIA ECF**
Hon. Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    Lindsey v. Citigroup Global Markets, Inc.
                1:23-cv-10166

Dear Judge Netburn:

      We represent Plaintiff Ardith Lindsey ("Plaintiff" or "Lindsey") in the above-captioned matter against Citigroup Global Markets, Inc. ("Citi" or "Defendant"). We write with the consent of Defendant to enclose the parties' jointly proposed Electronically Stored Information Protocol pursuant to Your Honor's Orders dated July 18, 2025 (Dkt. 33) and September 4, 2025 (Dkt. 37).

                                      Respectfully submitted,

                                              /s

                                       Jeremiah Iadevaia

JI:eb
Encl.

Cc: counsel for Defendant (via ECF)