# VRC | VLADECK RASKIN CLARK P.C.

Jeremiah Iadevaia
212-403-7323 (o)
347-880-2673 (m)
jiadevaia@vladeck.com

October 3, 2025

**VIA ECF**
Hon. Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    Lindsey v. Citigroup Global Markets, Inc.
          1:23-cv-10166

Dear Judge Netburn:

We represent the plaintiff in the above matter and write on behalf of both parties with respect to the Court's Order dated September 4, 2025. (ECF 37). That Order sets October 6, 2025 as the date to advise the Court of the parties' meet and confer efforts with regard to a protective order and the status of discovery including outstanding discovery disputes.

Since the conference before Your Honor, the parties have worked together and made progress. The parties have resolved all issues with respect to a protective order and are submitting a joint proposed order today. Both sides have served and provided responses and objections to the first set of interrogatories and document requests. Defendant (a) served its second requests for production on September 11, 2025, (b) sent Plaintiff a letter on September 26, 2025 identifying Defendant's itemized concerns with Plaintiff's responses and objections to Defendant's first requests for production and the interrogatories, and (c) made its first production of "core discovery" documents on September 29, 2025. Plaintiff received Defendant's written interrogatory responses and objections on September 19, 2025, and its written document responses and objections on September 30, 2025; Plaintiff is working on a deficiency letter to send promptly. Plaintiff sent Defendant proposed electronic search terms on August 8, 2025, and Defendant provided an overall hit count on September 23, 2025. The parties expect to meet and confer about Plaintiff's search terms in connection with the meet-and-confer process concerning Defendant's objections to Plaintiff's requests for production.

Nonetheless, given the volume of declared and anticipated discovery disputes, it is impossible for the parties to meet and confer and prepare court submissions on the anticipated remaining discovery issues under the current deadline. For the same reasons, it does not appear feasible for the parties to address what likely will be multiple significant discovery disputes in a joint letter.

Accordingly, the parties respectfully request leave to submit, pursuant to Your Honor's Rule III(A), initial briefs encompassing discovery issues on or before November 12, 2025, and responsive briefs by December 16, 2025. This is the second request for an adjournment of the date for submitting a discovery

Hon. Sarah Netburn
October 3, 2025
Page 2

status letter to the Court.  The original submission date of September 15, 2025 (ECF 33) was extended to October 6, 2025 by Order dated September 4, 2025.  (ECF 37).

Respectfully submitted,

/s

Jeremiah Iadevaia