UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARDITH LINDSEY,

               Plaintiff,

- against -

CITIGROUP GLOBAL MARKETS INC.,

               Defendant.

No. 1:23-cv-10166 (ALC)(SN)

**DECLARATION OF SHARI FUNK
IN OPPOSITION TO PLAINTIFF'S LETTER MOTION TO COMPEL DISCOVERY**

    I, Shari Funk, hereby declare that the following is true and correct to the best of my knowledge:

    1.    I am a Managing Director and a Human Resources Advisor employed by Citibank N.A., an affiliate of Citigroup Global Markets Inc. ("CGMI" or "Citi"), Defendant in the above captioned matter. I provide Human Resources support to the Markets business described in Paragraph 4. I respectfully submit this declaration ("Declaration") in support of Citi's opposition to Plaintiff's letter-motion (ECF No. 54) to detail the burden associated with Plaintiff's requested discovery.

    2.    This Declaration is based on my personal knowledge as well as information gathered and reported to me by other Citi employees in the course of their duties. I am competent to testify to these facts if called upon to do so.

**CGMI, Markets, and Equities**

    3.    CGMI, a U.S. broker dealer, presently employs approximately 2,140 employees located in multiple offices across the United States.

4. Markets is a global business ("Markets") that currently has approximately 10,000 employees in about 80 countries across the globe, including several thousand employees who work in Markets in the United States and are associated with CGMI (referred to herein as "CGMI Markets").

5. The number of individuals employed by Markets generally or CGMI Markets specifically at any point from January 1, 2007 to November 2022 or the present would be many thousands.

6. Given their size and geographic scope, requiring Citi to search for documents across Markets and/or CGMI Markets would impose a significant burden. The challenges are especially pronounced when collecting and reviewing documents from employees located abroad. For example, British and European Union data privacy laws add complexity and delay to the collection and review process for custodians based in the UK or EU.

7. The Equities Division ("Equities") is a division within Markets, with approximately 1,200 employees at the present time, including employees who work in Equities within CGMI Markets. Equities as a division has employees operating in approximately 25 countries and in about 10 states across the United States.

8. The number of individuals employed by Equities at any point from January 1, 2007 to November 2022 or to the present would be many thousands. The number of individuals employed by Equities under CGMI Markets at any point from January 1, 2007 to November 2022 or to the present would be many hundreds.

**NAM Equity Sales**

9. NAM Equity Sales is a unit within Equities. There are approximately 160 employees in NAM Equity Sales at the present time operating in United States and Canada in multiple locations.

10. The number of employees in NAM Equity Sales at any point from January 1, 2007 to November 2022 or to the present would likely be several hundred.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 4, 2025

_____
SHARI FUNK