USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/11/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**ARDITH LINDSEY,**

                  **Plaintiff,**                              23-CV-10166 (ALC)(SN)

       **-against-**                                        **ORDER**

**CITIGROUP GLOBAL MARKETS, INC.,**

                  **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On Wednesday, December 10, 2025, the parties appeared for a discovery conference to discuss the issues raised in the parties' recent letter submissions. See ECF Nos. 53–57. As discussed during the conference, by no later than Monday, December 22, 2025, the parties are ORDERED to file a joint letter (not to exceed five pages) updating the Court on the status of the agreed custodians and search terms. After reviewing the parties' submission, the Court will determine whether it is necessary to schedule a follow-up conference in early January. Further, if there are additional discovery disputes that require the Court's immediate attention, each party may file a separate letter (not to exceed three pages) identifying those additional discovery issues by no later than Monday, December 22, 2025.

       The Clerk of Court is respectfully requested to terminate the motions at ECF Nos. 53, 54, and 57.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     December 11, 2025
              New York, New York