**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____ 1/9/2026 __

ARDITH LINDSEY,

                    **Plaintiff,**

       **-against-**

CITIGROUP GLOBAL MARKETS INC.,

                    **Defendant.**

---------------------------------------------------------------X

**23-CV-10166 (ALC)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The discovery hearing scheduled for January 15, 2026, is RESCHEDULED for January 15, 2026, at 2:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      January 9, 2026
              New York, New York