

JEREMIAH IADEVAIA
(212) 403-7323
EMAIL: jiadevaia@vladeck.com

March 2, 2026

Chief Magistrate Judge Sarah Netburn

      Re:    Lindsey v. Citigroup Global Markets, Inc.,
               1:23-cv-10166 (ALC)(SN) (S.D.N.Y.)

Dear Judge Netburn:

      Pursuant to this Court's Individual Rule III.E., Plaintiff Ardith Lindsey ("Plaintiff" or "Lindsey") submits this letter respectfully to request that Plaintiff's forthcoming letter concerning Citi's 2024 survey of employees in Markets be filed under seal.

      Defendant has requested that the letter, which references a document that Citi marked "Confidential" under the parties' Protective Order (Dkt. 43) be filed under seal. Plaintiff does not object to the sealing request.

                                    Respectfully submitted,
                                                /s
                                          Jeremiah Iadevaia

cc:    All counsel of record (by ECF)