

<div style="text-align: right">
JEREMIAH IADEVAIA
(212) 403-7323
EMAIL: jiadevaia@vladeck.com
</div>

<div style="text-align: center">March 3, 2026</div>

Chief Magistrate Judge Sarah Netburn

      Re:    Lindsey v. Citigroup Global Markets, Inc.,
               1:23-cv-10166 (ALC)(SN) (S.D.N.Y.)

Dear Judge Netburn:

      Plaintiff Ardith Lindsey ("Plaintiff" or "Lindsey") submits this letter in response to the letter that Defendant Citigroup Global Markets, Inc. ("Citi") filed this morning (Dkt. 91) requesting that portions of Plaintiff's March 2, 2026 letter (Dkt. 90) ("March 2 Letter") be stricken as purportedly outside of the scope of the Court's February 26, 2026 Order. Citi's unsupported accusations should be rejected.

      First, Plaintiff's March 2 Letter is directly responsive to the Court's request for additional information during the February 26, 2026 conference (See Transcript of February 26, 2026 Conference ("Tr.") pp. 28-32). In particular, during the conference the Court asked Plaintiff about the evidentiary value of the survey responses and their potential admissibility (see Tr. 29-30), questions that Plaintiff's March 2 Letter aims to address.

      Second, Citi—in violation of this Court's Individual Rule II.C.—failed to raise this issue with Plaintiff's counsel, instead opting to rush to file their letter documenting their purported objections. If Citi met and conferred with Plaintiff's counsel as this Court requires, it could have avoided wasting the Court's time on this dispute, as Plaintiff would have had no objection to Citi's alternative request that it be permitted to file a reply to Plaintiff's March 2 letter.

<div style="margin-left: 50%">
Respectfully submitted,

/s

Jeremiah Iadevaia
</div>

cc:    All counsel of record (by ECF)

#1033521