**VLADECK RASKIN CLARK P.C.**

Jeremiah Iadevaia
212-403-7323 (o)
347-880-2673 (m)
jiadevaia@vladeck.com

March 9, 2026

**VIA ECF**
Hon. Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    Lindsey v. Citigroup Global Markets, Inc.
                1:23-cv-10166

Dear Judge Netburn:

On behalf of Plaintiff Ardith Lindsey, we write to correct certain statements in the status letter of Defendant Citigroup Global Markets Inc. ("Citi") that may be misleading. (ECF 97)[1]

First, Defendant states that it is "awaiting Plaintiff's approval" of draft subpoenas for Meta (for WhatsApp data and Apple (for iCloud data). Citi first provided the consent form to Plaintiff on Thursday, March 5, and then sent a corrected version on Friday, March 6 at 3 o'clock. Plaintiff signed and returned the form that evening.

Second, Defendant writes with respect to the Court's encouragement to pursue mediation, "If Plaintiff will only agree to a private mediator, Citi is open to that as well." In fact, prior to the submission of Citi's status letter, both parties had agreed to use a certain private mediator and were working to ascertain mutually acceptable dates. As explained during the February 26 conference, because of the complexity of this matter and the period of discrimination at issue, Plaintiff believed that a mediated resolution would likely require multiple full days of a mediator's time.

                  Respectfully submitted
                      /s
                  Jeremiah Iadevaia

Cc: All counsel of record (by ECF)

---

[1] With respect to the Court's directive that Citi advise Plaintiff concerning its search for documents relevant to Mr. Singh's revenue production (Feb. 26, 2026 conference Tr. at 10-11), Citi contends that it will produce responsive materials this week. (ECF 97 at 1) Accordingly, Plaintiff respectfully reserves all rights with respect to this issue. As Citi produced on March 6, the other categories of documents described in its status letter, Plaintiff reserves all rights with respect thereto.