# EXHIBIT A

Q2Q8LINC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

ARDITH LINDSEY,

                Plaintiff,

        v.                              23 Cv. 10166 (ALC)(SN)

CITIGROUP GLOBAL MARKETS, INC.,

                Defendant.              Conference

------------------------------x

                                        February 26, 2026
                                        3:10 p.m.

Before:

                    HON. SARAH NETBURN,

                                        Magistrate Judge

                    APPEARANCES

VLADECK RASKIN & CLARK, P.C.
        Attorneys for Plaintiff
BY:  DEBRA L. RASKIN
        JEREMIAH IADEVAIA
        EMILY G. BASS

PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
        Attorneys for Defendants
BY:  LIZA M. VELAZQUEZ
        TIHITINA M. DAGNEW
        KERISSA BARRON
        MICHAEL PISEM

Q2Q8LINC

(Case called)

THE DEPUTY CLERK:  Beginning with plaintiff, counsel, please state your name for the record.

MR. IADEVAIA:  Good afternoon, your Honor.  Jeremiah Iadevaia, Emily Bass, and Debra Raskin, of the firm Vladeck Raskin & Clark, on behalf of the plaintiff.

MS. VELAZQUEZ:  Good afternoon, your Honor.  Liza Velazquez, Lina Dagnew, and Kerissa Barron and Michael Pisem, on behalf of Citigroup Global Markets.

THE COURT:  Thank you, everybody.  Good afternoon to you all.

All right.  So we are here on a variety of discovery disputes.  I have everyone's letters dated February 13, and everyone's response letters dated February 19.  I thought maybe I would begin with what I think are resolved issues, and then we can focus on what remains outstanding.

So, maybe I will turn to the plaintiff first.

I think a number of the issues that you raised have been largely resolved.  It appears that the questions about ESI production, about sort of how they are going to be producing responsive documents has been resolved.  The one issue with respect to a particular search string, I think it's search string number 7, appears to be resolved.  So I think the only outstanding issues are the questions about searching personal devices and the survey responses.  Is that correct?

MS. BASS:  Yes, your Honor, that's largely correct. If I could just tick through the issues to sum up where we think things stand.

So, on search 7, we agree that that issue has been resolved.

As to the first issue that was raised in our February 13 letter, which was that Citi agreed to produce documents responsive to ESI, but only subject to its objections, we raised the issue because we were not clear on whether Citi was continuing to impose the limitations in its objections.  Based on our understanding from Citi's letter, that it considers the ESI terms to have amended those objections, we think that resolves the issue.

We do think that there is potentially an outstanding issue or perhaps just a need for clarification on Citi's reservation that it would run searches only subject to an overall burden assessment.  Our concern with that reservation is that at this point, your Honor, we have been negotiating ESI terms for months, and we need some finality so that we know that Citi can proceed with reviewing and producing what we understand is likely to be tens of thousands of documents.  And while we appreciate that there may be unanticipated burden issues, we would just appreciate confirmation of knowing when Citi believes it will have a final set of search terms, and that it will inform us if there is an objection on burden and