# EXHIBIT B

PCAELINC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

ARDITH LINDSEY,

                  Plaintiff,

            v.                          23 Civ. 10166 (ALC)(SN)

CITIGROUP GLOBAL MARKETS,
INC.,
                                        Conference

                  Defendant.

------------------------------x
                                        New York, N.Y.
                                        December 10, 2025
                                        3:00 p.m.

Before:

                        HON. SARAH NETBURN,

                                        U.S. Magistrate Judge

                              APPEARANCES

VLADECK, RASKIN & CLARK P.C.
      Attorneys for Plaintiff
BY:   DEBRA L. RASKIN
      EMILY BASS
      JEREMIAH J. IADEVAIA

PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
      Attorneys for Defendant
BY:   LIZA M. VELAZQUEZ
      TIHITINA M. DAGNEW

PCAELINC

I mean, I have these types of conferences all the time where we have a list of 30 from the plaintiff, the defendants agree to 25, and then we have a conference over the five, and I say this one is in and this one is out. But it sounds like that only just happened -- well, you've only just identified those folks, they're going to look at it and have a conversation about whether or not all 30 should be in or whether or not they don't think a certain person should be there.

I think those conversations need to be had about the custodians in connection with the search terms, because it may affect whether or not a person is appropriate or not, but I think those conversations need to be had, and I hear Citi saying they're open to having them. I just think we need to move forward with this, because I assume -- I know the parties are keen on having depositions begin, but if we don't have the documents, I don't think those depositions can begin. So I do want to push the issue.

I know it's the 10th of December. I assume people take a day or two off in December. And maybe when we're done with today's conference, we can talk about when to report back to me. But I think for a lot of these disputes that have been presented in the various letters, I think just trying to get a sense of what the volume is that we're talking about I think would be appropriate. And I don't know whether your 30