# EXHIBIT C

| | |
|---|---|
| **From:** | Dagnew, Lina |
| **To:** | Emily G. Bass |
| **Cc:** | Debra L. Raskin; Jeremiah Iadevaia |
| **Subject:** | RE: Singh production [VRC-CLIOIMANAGE.FID1005262] |
| **Date:** | Monday, May 11, 2026 3:50:02 PM |

**EXTERNAL EMAIL.**

Hi Emily:

We set out the basis for our objection to a 30-day extension in my email to Jeremiah nearly two weeks ago, and those objections apply with even greater force to the 45-day extension you now propose.

There is no good cause for such relief, and none of the additional reasons you identify alters that conclusion. The request for additional deposition time with Ms. Lindsey—necessitated solely by her refusal to provide responsive answers during her examination—and our proposal that Plaintiff's IME be taken immediately following the fact discovery period to accommodate Plaintiff's schedule do not justify extending the schedule by 45 days. Nor is it credible to suggest that the depositions of Plaintiff's friends and family, noticed in November 2025, only came onto your radar this past weekend.

We expect that any application you file will present the basis for our objections to the Court.

Thanks,
Lina

**From:** Emily G. Bass <ebass@vladeck.com>
**Sent:** Monday, May 11, 2026 2:58 PM
**To:** Dagnew, Lina <ldagnew@paulweiss.com>
**Cc:** Debra L. Raskin <draskin@Vladeck.com>; Jeremiah Iadevaia <jiadevaia@Vladeck.com>
**Subject:** RE: Singh production [VRC-CLIOIMANAGE.FID1005262]

Lina—

Given that defendant intends to seek more time for Plaintiff's deposition; that it requested deposition dates for five of Ms. Lindsey's family and friends for the first time on Friday, May 8 and Sunday, May 10; and that Defendant notified us for the first time on Friday, May 8 that it is seeking a two-day medical examination of Ms. Lindsey, we plan to request a 45-day, rather than 30-day, extension from the Court. We assume that does not change Citi's position, but please let us know asap if we are wrong about that. Otherwise, we will plan to file our request this afternoon. Thanks.

**From:** Dagnew, Lina <ldagnew@paulweiss.com>
**Sent:** Friday, May 1, 2026 1:59 PM
**To:** Jeremiah Iadevaia <jiadevaia@Vladeck.com>
**Subject:** RE: Singh production

**EXTERNAL EMAIL.**

Hi Jeremiah:

As I understand it based on what you relayed yesterday, Plaintiff seeks to extend the case schedule by 30 days to essentially allow additional time to take depositions. We do not believe this constitutes good cause to warrant modification of the case schedule. As an initial matter, you have not explained why the outstanding discovery could not be completed within the time already allotted under the current schedule. In any event, and respectfully, any delay in completing discovery is attributable to Plaintiff, not Citi. We worked diligently to reach substantial completion of document production by the end of March. At Plaintiff's request, we agreed to reschedule Plaintiff's deposition to May to afford her more time to review the documents. We are proceeding with Plaintiff's deposition on Monday notwithstanding the fact that Plaintiff produced approximately 1,000 documents just days ago and is producing another 1,000 documents today that are directly relevant to the deposition. Nonparty witnesses you subpoenaed have offered deposition dates that have gone unanswered by Plaintiff for weeks. We have made every reasonable effort to accommodate Plaintiff throughout this process but see no good cause for this additional extension request.

Best,

Lina

**Lina Dagnew** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
+1 202 223 7455 (Direct Phone) | +1 765 506 6818 (Cell)
ldagnew@paulweiss.com | www.paulweiss.com
*Pronouns: She/Her*

**From:** Dagnew, Lina
**Sent:** Friday, May 1, 2026 12:22 PM
**To:** 'Jeremiah Iadevaia' <jiadevaia@Vladeck.com>

**Subject:** RE: Singh production

In meetings but will do.

**Lina Dagnew** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
+1 202 223 7455 (Direct Phone) | +1 765 506 6818 (Cell)
ldagnew@paulweiss.com | www.paulweiss.com
*Pronouns: She/Her*

---

**From:** Jeremiah Iadevaia <jiadevaia@Vladeck.com>
**Sent:** Friday, May 1, 2026 10:59 AM
**To:** Dagnew, Lina <ldagnew@paulweiss.com>
**Subject:** Re: Singh production

Please let us know basis for objecting so we can address in letter to court.

On May 1, 2026, at 10:55 AM, Dagnew, Lina <ldagnew@paulweiss.com> wrote:

**EXTERNAL EMAIL.**

Hi Jeremiah:

I think you are already aware, but I am writing to confirm that we will proceed with Ms. Lindsey's deposition on Monday. We also ask that you make your final production as soon as possible given the potential relevance of the documents for Monday's deposition. With respect to the 30-day extension you raised yesterday, Citi will oppose that request.

Best,

Lina

**Lina Dagnew** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
+1 202 223 7455 (Direct Phone) | +1 765 506 6818 (Cell)
ldagnew@paulweiss.com | www.paulweiss.com
*Pronouns: She/Her*

**From:** Dagnew, Lina <ldagnew@paulweiss.com>
**Sent:** Thursday, April 30, 2026 4:12 PM
**To:** Jeremiah Iadevaia <jiadevaia@Vladeck.com>
**Subject:** Re: Singh production

I just tried you again.  Can you call me at 7655066818?  Standing by.

**Lina Dagnew** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
+1 202 223 7455 (Direct Phone) | +1 765 506 6818 (Cell)
ldagnew@paulweiss.com | www.paulweiss.com
*Pronouns: She/Her*

---

**From:** Jeremiah Iadevaia <jiadevaia@Vladeck.com>
**Sent:** Thursday, April 30, 2026 4:05:28 PM
**To:** Dagnew, Lina <ldagnew@paulweiss.com>; Debra L. Raskin <draskin@Vladeck.com>; Velazquez, Liza <lvelazquez@paulweiss.com>; Buergel, Susanna M <sbuergel@paulweiss.com>; Barron, Kerissa N. <kbarron@paulweiss.com>; Pisem, Michael <mpisem@paulweiss.com>
**Cc:** Emily G. Bass <ebass@vladeck.com>
**Subject:** RE: Singh production

I tried you back and it went to voicemail

---

**From:** Dagnew, Lina <ldagnew@paulweiss.com>
**Sent:** Thursday, April 30, 2026 3:44 PM
**To:** Jeremiah Iadevaia <jiadevaia@Vladeck.com>; Debra L. Raskin <draskin@Vladeck.com>; Velazquez, Liza <lvelazquez@paulweiss.com>; Buergel, Susanna M <sbuergel@paulweiss.com>; Barron, Kerissa N. <kbarron@paulweiss.com>; Pisem, Michael <mpisem@paulweiss.com>
**Cc:** Emily G. Bass <ebass@vladeck.com>
**Subject:** RE: Singh production

**EXTERNAL EMAIL.**

I just tried you at 212-403-7300.  Give me a call back whenever you are free.

**Lina Dagnew** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
+1 202 223 7455 (Direct Phone) | +1 765 506 6818 (Cell)
ldagnew@paulweiss.com | www.paulweiss.com
*Pronouns: She/Her*

**From:** Jeremiah Iadevaia <jiadevaia@Vladeck.com>
**Sent:** Thursday, April 30, 2026 2:39 PM
**To:** Dagnew, Lina <ldagnew@paulweiss.com>; Debra L. Raskin <draskin@Vladeck.com>; Velazquez, Liza <lvelazquez@paulweiss.com>; Buergel, Susanna M <sbuergel@paulweiss.com>; Barron, Kerissa N. <kbarron@paulweiss.com>; Pisem, Michael <mpisem@paulweiss.com>
**Cc:** Emily G. Bass <ebass@vladeck.com>
**Subject:** RE: Singh production

As you saw from the email we just sent, the day does not work for plaintiff and we are asking for alternative days.

When you get a chance, can we please have a call?

Thanks.

**From:** Dagnew, Lina <ldagnew@paulweiss.com>
**Sent:** Wednesday, April 29, 2026 3:53 PM
**To:** Debra L. Raskin <draskin@Vladeck.com>; Velazquez, Liza <lvelazquez@paulweiss.com>; Buergel, Susanna M <sbuergel@paulweiss.com>; Barron, Kerissa N. <kbarron@paulweiss.com>; Pisem, Michael <mpisem@paulweiss.com>
**Cc:** Jeremiah Iadevaia <jiadevaia@Vladeck.com>; Emily G. Bass <ebass@vladeck.com>
**Subject:** RE: Singh production

**EXTERNAL EMAIL.**

Following up on this.  Could you please let us know?

Thanks,
Lina

**Lina Dagnew** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
+1 202 223 7455 (Direct Phone) | +1 765 506 6818 (Cell)
ldagnew@paulweiss.com | www.paulweiss.com
*Pronouns: She/Her*

**From:** Dagnew, Lina
**Sent:** Tuesday, April 21, 2026 11:33 AM
**To:** 'Debra L. Raskin' <draskin@Vladeck.com>; Velazquez, Liza

<lvelazquez@paulweiss.com>; Buergel, Susanna M <sbuergel@paulweiss.com>;
Barron, Kerissa N. <kbarron@paulweiss.com>; Pisem, Michael
<mpisem@paulweiss.com>
**Cc:** Jeremiah Iadevaia <jiadevaia@Vladeck.com>; Emily G. Bass <ebass@vladeck.com>
**Subject:** RE: Singh production

Hi Debra:

Is May 20 confirmed for Mr. Singh's deposition?  Please also provide the start time
and location.

Thanks,
Lina

**Lina Dagnew** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
+1 202 223 7455 (Direct Phone) | +1 765 506 6818 (Cell)
ldagnew@paulweiss.com | www.paulweiss.com
*Pronouns: She/Her*

**From:** Debra L. Raskin <draskin@Vladeck.com>
**Sent:** Friday, April 17, 2026 5:09 PM
**To:** Velazquez, Liza <lvelazquez@paulweiss.com>; Dagnew, Lina
<ldagnew@paulweiss.com>; Buergel, Susanna M <sbuergel@paulweiss.com>; Barron,
Kerissa N. <kbarron@paulweiss.com>; Pisem, Michael <mpisem@paulweiss.com>
**Cc:** Jeremiah Iadevaia <jiadevaia@Vladeck.com>; Emily G. Bass <ebass@vladeck.com>
**Subject:** Singh production

Counsel:

Please see the attached documents and written responses and objections
by Mr. Singh to Plaintiff's subpoena. We have provided below the documents with
Bates numbers.  Mr. Singh's counsel has also offered a single date that he is
available for his deposition: May 20.

https://lexbe.ediscoveryplatform.com/download-production/0e857dfb-ad4d-4cca-a753-0621ebfeb65b
PW: rT4FkOJSLM

**Debra L. Raskin**
Attorney at Law

**Office:** 212-403-7331
**Website:** www.vladeck.com

**Email:** draskin@vladeck.com

<image001.png>

**111 Broadway, Suite 1505, New York, NY 10006**

---

**From:** 8_2copier@vladeck.com <8_2copier@vladeck.com>
**Sent:** Friday, April 17, 2026 5:00 PM
**To:** Debra L. Raskin <draskin@Vladeck.com>
**Subject:** Message from KM_361i

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

> **Caution:** This is an external email. Please check sender address and take care when clicking links or opening attachments. When in doubt, contact your IT Department

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.