UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ARDITH LINDSEY,

                                        Plaintiff,                          23-CV-10166 (ALC)(SN)

              -against-                                                     **ORDER**

CITIGROUP GLOBAL MARKETS INC.,

                                        Defendant.

-------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 5/14/2026

**SARAH NETBURN, United States Magistrate Judge:**

On May 11, 2026, Plaintiff filed a request to extend the fact discovery deadline by 45 days and compel Defendant to produce documents regarding any post-termination agreements between Citi and Daniel Keegan ("Keegan"), Tim Gately ("Gately"), and Mani Singh ("Singh") (collectively, the "non-party former executives"). ECF No. 107. Defendant filed its response letter opposing Plaintiff's requests on May 14, 2026. ECF No. 111.

Plaintiff's request to extend the fact discovery deadline is GRANTED. The fact discovery deadline is extended to Tuesday, June 16, 2026. No further extensions will be granted.

Plaintiff's request to compel Defendant to produce post-termination agreements between Citi and the non-party former executives is DENIED without prejudice. Plaintiff, however, may ask about any post-termination agreements during the non-party former executives' depositions.

With respect to the allocation of time for the non-party former executives' depositions, the parties appear to have reached an agreement regarding the Keegan deposition scheduled for Friday, May 15, 2026. See ECF No. 111 at 1 n.1. For the Gately deposition, the parties are directed to attempt to reach a similar agreement. If they are unable to do so, the parties shall

evenly split the seven hours allotted pursuant to Rule 30(d)(1) of the Federal Rules of Civil

Procedure. Because of his central role in the litigation, however, each party may depose Singh

for up to seven hours.

The Clerk of Court is respectfully requested to terminate the motion at ECF No. 107.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        May 14, 2026
              New York, New York

2