USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2026 _

UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK

- ---------------------------------------------------------------- X

ARDITH LINDSEY,

                    Plaintiff

       **-against-**

23-CV-10166 (ALC)(SN)

AMENDED CIVIL CASE
MANAGEMENT PLAN AND
SCHEDULING ORDER

CITIGROUP GLOBAL MARKETS INC. ,

                    Defendant**.**

- ---------------------------------------------------------------- **X**

SARAH NETBURN, United States Magistrate Judge:

By Order dated May 14, 2026 (ECF 115), the Court granted the request for a 45-day extension of fact discovery. Accordingly, the remainder of discovery shall proceed as follows.

All fact discovery shall be completed by July 31, 2026. No further extensions will be granted.

Disclosure of expert evidence as required Rule 26(a)(2)(A), (B) or (C) shall be made by August 31, 2026. The disclosure of expert evidence intended by a party solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made by October 30, 2026.

All expert discovery shall be completed by November 30, 2026.

Any party that wishes to file a motion for summary judgment shall file a pre-motion letter with the Hon. Andrew L. Carter by December 14, 2026.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:  May 19, 2026
        New York, New York