# PAUL, WEISS, RIFKIND, WHARTON & GARRISON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_6/1/2026_

2001 K Street, NW
Washington, DC 20006-1047
+1 202 223 7300

Los Angeles
San Francisco
Tokyo
Toronto
Wilmington

**Lina Dagnew**
**Direct Dial:** +1 202 223 7455
**Email:** ldagnew@paulweiss.com

May 29, 2026

**By ECF**

Chief Magistrate Judge Sarah Netburn
United States District Court for the Southern District of New York
40 Foley Square, Room 430
New York, NY 10007

Re:   *Lindsey* v. *Citigroup Global Markets, Inc.*, 1:23-cv-10166 (ALC)(SN) (S.D.N.Y.)

Dear Judge Netburn:

Pursuant to this Court's Order on Defendant's Motions to Seal and to Reopen Ardith Lindsey's Deposition (ECF No. 119 at 2), Defendant Citigroup Global Markets Inc. writes on behalf of both parties to update the Court on the status of the meet and confer process regarding sealing information concerning non-parties reflected in Plaintiff's deposition testimony.

The parties are meeting and conferring concerning redactions to the letters and exhibits filed on the docket at ECF Nos. 109 and 116, which include Plaintiff's deposition transcript.  On May 26, 2026, Plaintiff provided Defendant with her proposed redactions to the deposition transcript.  On May 28, 2026, Defendant provided Plaintiff with two additional categories of proposed redactions with legal justifications and exemplars, and on May 29, 2026, provided Plaintiff with a complete set of proposed redactions.  The parties will continue to meet and confer to finalize a joint redaction proposal to the Court next week.

The parties thank the Court for its consideration.

The parties shall file a status letter regarding their proposed redactions by no later than Monday, June 8, 2026.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: June 1, 2026
      New York, New York