# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Liza Velazquez**
**Direct Dial:** +1 212 373 3096
**Email:** lvelazquez@paulweiss.com

June 2, 2026

**By ECF**

Chief Magistrate Judge Sarah Netburn
United States District Court for the Southern District of New York
40 Foley Square, Room 430
New York, NY 10007

Re:    *Lindsey* v. *Citigroup Global Markets, Inc.*, 1:23-cv-10166 (ALC)(SN) (S.D.N.Y.)

Dear Judge Netburn:

Pursuant to this Court's Individual Practices Rule III.E and Paragraph 12 of the Stipulated Protective Order (ECF No. 43), Defendant Citigroup Global Markets Inc. ("Citi") respectfully submits this letter to request that its forthcoming motion-letter seeking an order directing Plaintiff Ardith Lindsey to undergo an independent medical examination pursuant to Fed. R. Civ. P. 35 be provisionally filed with redactions and with certain exhibits under seal.

Citi's motion-letter references and attaches certain of Plaintiff's medical records—which include diagnoses, treatment plans, and provider notes—which have been marked CONFIDENTIAL under the Protective Order.  After reaching an impasse on the underlying motion following a meet-and-confer earlier today, Citi informed Plaintiff this afternoon of its intent to use these documents in its motion, sent Plaintiff copies, and requested Plaintiff's position on the public filing of these documents.  As of this hour, Citi has not received a response. Defendant takes no position on the sealing or redaction of this information.

Citi thanks the Court for its consideration.

Respectfully submitted,

*/s/ Liza Velazquez*
Liza Velazquez

cc:    All counsel of record (by ECF)