**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ARDITH LINDSEY,

      Plaintiff,

   - against -

CITIGROUP GLOBAL MARKETS INC.,

      Defendant.

1:23-cv-10166 (ALC)(SN)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton

& Garrison LLP, is hereby entering an appearance of counsel of record for Defendant in the above-

captioned matter.

Dated: June 2, 2026

      PAUL, WEISS, RIFKIND, WHARTON
       & GARRISON LLP

      */s/ Daniel Negless*
      Daniel Negless
      1285 Avenue of the Americas
      New York, New York 10019-6064
      Tel: (212) 373-3450
      Fax: (212) 492-0710
      dnegless@paulweiss.com