**VRC** | **VLADECK**
**RASKIN**
**CLARK P.C.**

Jeremiah Iadevaia
212-403-7323 (o)
347-880-2673 (m)
jiadevaia@vladeck.com

June 4, 2026

**VIA ECF**
Honorable Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    Lindsey v. Citigroup Global Markets, Inc.
1:23-cv-10166

Dear Judge Netburn:

We represent the Plaintiff in the above matter and write pursuant to Your Honor's Rule I(B) respectfully to request an adjournment of Plaintiff's time to respond to Defendant's motion (ECF 124) for an order directing Plaintiff to undergo a Rule 35 independent medical examination and to authorize the production of medical records from non-mental health providers. Pursuant to Your Honor's Rule II(C), a response would be due on June 5, 2026; complying with that deadline would not be possible given other obligations in this case. Defendant has consented to an adjournment to June 12, 2026. No prior requests for this adjournment have been made and the adjournment would not affect any other dates on the Scheduling Order (ECF 118).

-.

Respectfully submitted,

*/s/ Jeremiah Iadevaia*

Jeremiah Iadevaia