

Jeremiah Iadevaia
212-403-7323 (o)
347-880-2673 (m)
jiadevaia@vladeck.com

June 12, 2026

Honorable Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    Lindsey v. Citigroup Global Markets, Inc.
       1:23-cv-10166

Dear Judge Netburn:

We represent the plaintiff, Ardith Lindsey, in the above-captioned employment matter against Citigroup Global Markets, Inc. We write on behalf of both parties to advise the Court that following a mediation, the parties have reached a settlement in principle. We respectfully request that the Court adjourn the existing deadlines, including today's deadline for Plaintiff's opposition to Defendant's request for an Independent Medical Examination (ECF 124) and the June 15, 2025 deadline (ECF 119, ECF 130) for the parties' joint submission concerning redactions to the letters and exhibits filed on the docket at ECF Nos. 109 and 116, for thirty days while the parties work to finalize a settlement. In the event the parties are unable to reach agreement, the parties will promptly notify the Court and submit a proposed revised case management plan.

Respectfully submitted,

*/s/ Jeremiah Iadevaia*

Jeremiah Iadevaia

Cc: counsel for all parties (via ECF)