

Jeremiah Iadevaia
212-403-7323 (o)
347-880-2673 (m)
jiadevaia@vladeck.com

August 12, 2026

Honorable Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:  Lindsey v. Citigroup Global Markets, Inc.
> 1:23-cv-10166

Dear Judge Netburn:

We represent the plaintiff, Ardith Lindsey, in the above-captioned employment matter against Citigroup Global Markets, Inc. We write on behalf of both parties pursuant to Your Honor's Order (Dkt. 137) and Individual Rule I(B)  to advise the Court that while the parties are continuing to discuss the terms of settlement, they have yet to finalize an agreement. Accordingly, the parties respectfully request an additional 30-day stay of all discovery deadlines. This is the parties' third request for a stay of all discovery deadlines. In the event the parties are unable to reach agreement, the parties will promptly notify the Court and submit a proposed revised case management plan.

Respectfully submitted,

*/s/ Jeremiah Iadevaia*

Jeremiah Iadevaia

Cc: counsel for all parties (via ECF)

111 Broadway, Suite 1505, New York, New York 10006 ▪ (p) 212-403-7300 ▪ (f) 212-221-3172

#1058091