PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K Street, NW
Washington, DC 20006-1047
+1 202 223 7300

**Lina Dagnew**
**Direct Dial:** +1 202 223 7455
**Email:** ldagnew@paulweiss.com

New York
Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Wilmington

October 14, 2026

**By ECF**

Chief Magistrate Judge Sarah Netburn
United States District Court for the Southern District of New York
40 Foley Square, Room 430
New York, NY 10007

Re: *Lindsey* v. *Citigroup Global Markets, Inc.*, 1:23-cv-10166 (ALC)(SN) (S.D.N.Y.)

Dear Judge Netburn:

Pursuant to Your Honor's Order, ECF No. 141, and Individual Practices in Civil Cases Rule I.B, Defendant Citigroup Global Markets Inc. writes on behalf of both parties to respectfully request an additional 30-day stay of all discovery deadlines while the parties work to finalize the terms of a settlement. This is the parties' fifth request for a stay of all discovery deadlines. In the event the parties are unable to reach agreement, the parties will promptly notify the Court and submit a proposed revised case management plan.

* * *

The parties thank the Court for its consideration and continued patience.

Respectfully submitted,

*/s/ Lina Dagnew*
Lina Dagnew

cc: All counsel of record (by ECF)