VRC | VLADECK RASKIN CLARK P.C.

Jeremiah Iadevaia
212-403-7323 (o)
347-880-2673 (m)
jiadevaia@vladeck.com

November 13, 2026

**VIA ECF**
Honorable Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Lindsey v. Citigroup Global Markets, Inc.
1:23-cv-10166

Dear Judge Netburn:

We represent the plaintiff, Ardith Lindsey, in the above-captioned employment matter against Citigroup Global Markets, Inc ("Citi"). We write on behalf of both parties to advise the Court that the parties have finalized their agreement to resolve this matter.

Accordingly, the parties respectfully request that the Court enter a conditional order dismissing the action with prejudice, subject to the parties' right to reopen the case within 45 days in the event the parties cannot effect the resolution within that period. If Citi files a stipulation of dismissal with prejudice within the 45-day period, the parties respectfully request that the Court promptly dismiss the action with prejudice.

Respectfully submitted,

*/s/ Jeremiah Iadevaia*

Jeremiah Iadevaia

Cc: counsel for all parties (via ECF)